# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 07-0671-GW (JCR) | Date | June 13, 2008 |
|---|---|---|---|
| Title | JASON RICHARD WHITE, et al. v. FITZGERALD, et al. | | |

| Present: The Honorable | JOHN C. RAYBURN, JR., U.S. MAGISTRATE JUDGE | |
|---|---|---|
| Deb Taylor | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT DISMISS FOR FAILURE TO PROSECUTE**

On February 12, 2007, Jason Richard White ("Plaintiff") filed a civil rights complaint pursuant to 42 U.S.C. § 1983 ("Complaint") in the United States District Court for the Southern District of California. On June 5, 2007, the Complaint was transferred to the Central District of California and filed. (Docket No. 1.) On December 20, 2007, Defendant Fitzgerald filed an Answer. (Docket No. 15.) On January 7, 2008, Plaintiff filed a "Memorandum of Law with Points and Authorities in Support of Plaintiffs Complaint" ("Memorandum"), which the Court construed as an attempted amended pleading. (Docket No. 17.) On January 11, 2008, the Court afforded Plaintiff the opportunity to file a proper motion to amend and to lodge therewith a "First Amended Complaint" on or before February 11, 2008. (Docket No. 20.)

On April 18, 2008, the Court, *sua sponte*, extended the time in which Plaintiff may file his First Amended Complaint, and ordered that it be filed no later than fourteen (14) days from the date of the April 18, 2008, Order. (Docket No. 21.)

In light of Plaintiff's failure to file a First Amended Complaint, within fourteen (14) days of the date of the April 18, 2008, Order, Plaintiff is **ORDERED** to either (a) show good cause in writing, if any exists, why the Court should not recommend that this case be dismissed for lack of diligent prosecution and failure to comply with the Court's April 18, 2008, Order or (b) file a First Amended Complaint in compliance with the Court's January 11, 2008, Order.

The clerk is directed to send Plaintiff a blank Central District civil rights complaint form. The First Amended Complaint should be complete in and of itself and should not refer to any previous filings. If Plaintiff elects to file a First Amended Complaint, the amended complaint should correct the above-mentioned deficiencies, reflect the same case number, be clearly labeled "First Amended Complaint," and be filled out completely.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 07-0671-GW (JCR) | Date | June 13, 2008 |
|---|---|---|---|
| Title | JASON RICHARD WHITE, et al. v. FITZGERALD, et al. | | |

  Plaintiff is forewarned that, if he fails to respond within **thirty (30) days** of the date of this Order, the Court will deem such failure as further evidence of a lack of prosecution on Plaintiff's part that may result in a recommendation that the action be dismissed without prejudice for failure to prosecute.

  **IT IS SO ORDERED.**

                    Initials of Preparer   dts